UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAMAD MLAIH,<br><br>*Petitioner*,<br><br>v.<br><br>WARDEN, PRAIRIELAND DETENTION CENTER,<br><br>*Respondent*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-CV-2390-X-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 9). Neither party filed objections. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will **DENY** Mlaih's habeas petition as moot.

**IT IS SO ORDERED** this 12th day of November, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE